IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID DEWEY,

    Plaintiff,

v.                                                                                             No. 12-cv-0785 JB/SMV

JOHNSON & JOHNSON; JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH
& DEVELOPMENT, L.L.C.; ORTHO-MCNEIL JANSSEN
PHARMACEUTICAL, INC.; and JANSSEN RESEARCH
AND DEVELOPMENT, L.L.C.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    August 19, 2015, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **August 19, 2015, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                                _____
                                                                 **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.