IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID DEWEY,

  Plaintiff,

vs.                       No. CIV 12-0785 JB/SMV

JOHNSON & JOHNSON; JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH &
DEVELOPMENT, L.L.C.; ORTHO-MCNEILJANSSEN
PHARMACEUTICAL, INC.; JANSSEN
PHARMACEUTICAL, INC.; and JANSSEN
RESEARCH AND DEVELOPMENT, L.L.C.,

  Defendants.

## **FINAL JUDGMENT**

  **THIS MATTER** comes before the Court on the Stipulation for Voluntary Dismissal with Prejudice, filed December 29, 2015 (Doc. 41)("Voluntary Dismissal").  Plaintiff David Dewey named Johnson & Johnson Pharmaceutical Research & Development, L.L.C. and Ortho-McNeil Janssen Pharmaceutical Inc. in the Complaint, but never served either entity.  See Complaint for Damages Negligence, Strict Products Liability, Breach of Express and Implied Warranties, and Violation of Consumer Protection Laws, filed July 18, 2012 (Doc. 1).  In the Voluntary Dismissal, Dewey and Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., and Janssen Research and Development, L.L.C. "stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a voluntary dismissal with prejudice of the above-styled lawsuit."  Stipulation at 1.  There not being any further claims or parties before the Court, the Court enters final judgment.

  **IT IS ORDERED** that final judgment is entered, and this action is dismissed without prejudice.

- 2 -

                                                                              /s/ James O. Browning
                                                                              UNITED STATES DISTRICT JUDGE

*Counsel:*

Steven K. Sanders
Law Offices of Steven K. Sanders
Albuquerque, New Mexico

        *Attorney for the Plaintiff*

Timothy C. Holm
Tiffany L. Roach Martin
Modrall, Sperling, Roehl, Harris, & Sisk, P.A.
Santa Fe, New Mexico

-- and --

Tracy J. Van Steenburgh
Cortney G. Sylvester
Jan R. McLean Bernier
Nilan Johnson Lewis, P.A.
Minneapolis, Minnesota

        *Attorneys for the Defendants*